# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| STRIKE 3 HOLDINGS, LLC, | ) |
| Plaintiff, | ) Civil Case No. 2:22-cv-00347-MSG |
| v. | ) Judge Mitchell S. Goldberg |
| JOHN DOE subscriber assigned IP address 73.13.122.182, | ) |
| Defendant. | ) |

## ORDER ON PLAINTIFF'S APPLICATION FOR EXTENSION OF TIME WITHIN WHICH TO EFFECTUATE SERVICE

THIS CAUSE came before the Court upon Plaintiff's Application for Extension of Time Within Which to Effectuate Service on John Doe Defendant with a summons and Complaint (the "Application"), and the Court being duly advised in the premises does hereby:

ORDER AND ADJUDGE: Plaintiff's Application is granted. Plaintiff shall have until July 26, 2022 to effectuate service of a summons and Complaint on Defendant.

SO ORDERED this  2nd  day of        May                , 2022.

By:  */s/ Mitchell S. Goldberg*
**UNITED STATES DISTRICT JUDGE**